UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  18-cv-21378-MARTINEZ/OTAZO-REYES

WEVERCOMM CO., LTD.,

    Plaintiff,

vs.

FIPLEX COMMUNICATIONS, INC.,

    Defendants.

_____/

## JOINT MOTION FOR ENTRY OF AGREED ORDER ON DEFENDANT'S MOTION TO COMPEL

    Plaintiff, WEVERCOMM CTO, LTD., and Defendant, FIPLEX COMMUNICATIONS, INC., pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Joint Motion for Entry of an Agreed Order on Defendant's Motion to Compel and to cancel the hearing currently set for October 4, 2018, and state as follows:

    1.    The Parties have amicably worked together to resolve their differences raised in Defendant's Motion to Compel, ECF 18.

    2.    A proposed agreed order on Defendant's Motion to Compel, which is attached hereto as <u>Exhibit 1</u>.

    3.    The Parties request that the Court enter the proposed order and cancel the hearing set for October 4, 2018 in order to preserve the parties' and judicial economy.

    **WHEREFORE**, the Parties respectfully pray the Court enter the Proposed Agreed Order on Defendant's Motion to Compel and cancel the hearing on same.

Dated:  October 3, 2018

    <u>/s/  Craig P. Liszt            </u>           <u>/s/  Douglas J. Jeffrey            </u>

CASE NO.:  18-cv-21378-MARTINEZ/OTAZO-REYES
PAGE 2

| | |
|---|---|
| **Patrick E. Novak** | **Douglas J. Jeffrey** |
| Florida Bar No. 838764 | Florida Bar No.: 149527 |
| pnovak@admiral-law.com | dj@jeffreylawfirm.com |
| **Craig P. Liszt** | LAW OFFICES OF DOUGLAS J. |
| Florida Bar No. 63414 | JEFFREY, P.A. |
| cliszt@admiral-law.com | 6625 Miami Lakes Drive East |
| HORR, NOVAK & SKIPP, P.A. | Suite 379 |
| Two Datran Center, Suite 1700 | Miami Lakes, Florida 33014 |
| 9130 South Dadeland Boulevard | Telephone: (305) 828-4744 |
| Miami, FL  33156 | Facsimile: (305) 828-4718 |
| Telephone: (305) 670-2525 | **Attorneys for Defendant** |
| Facsimile: (305) 670-2526 | |
| **Attorneys for Plaintiff** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

 /s/  Craig P. Liszt
**Craig P. Liszt**
Florida Bar No. 63414

CASE NO.: 18-cv-21378-MARTINEZ/OTAZO-REYES
PAGE 3

## **SERVICE LIST**

**Patrick E. Novak**
Florida Bar No. 838764
pnovak@admiral-law.com
**Craig P. Liszt**
Florida Bar No.:  63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Plaintiff*

**Douglas J. Jeffrey**
Florida Bar No. 149527
dj@jeffreylawfirm.com
LAW OFFICES OF DOUGLAS J.
   JEFFREY, P.A.
6625 Miami Lakes Drive East
Suite 379
Miami Lakes, Florida 33014
Telephone: (305) 828-4744
Facsimile: (305) 828-4718
*Attorneys for Defendant*

HORR, NOVAK & SKIPP, P.A.
TWO DATRAN CENTER, SUITE 1700 - 9130 S. DADELAND BOULEVARD - MIAMI - FLORIDA - 33156