UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  18-cv-21378-MARTINEZ/OTAZO-REYES

WEVERCOMM CO., LTD.,

      Plaintiff,

vs.

FIPLEX COMMUNICATIONS, INC.,

      Defendant.

_____/

## AGREED ORDER ON DEFENDANT'S MOTION TO COMPEL DISCOVERY FROM PLAINTIFF AND FOR SANCTIONS

THIS CAUSE having come before the Court on Defendant's Motion to Compel Discovery from Plaintiff and for Sanctions, and the Court having been advised in the premises, it is hereupon

ORDERED AND ADJUDGED that Defendant's Motion to Compel Discovery from Plaintiff is denied in part as moot.  The Court defers ruling on the portion of Defendant's motion seeking sanctions until such time as Defendant raises it with the Court at a later date via a renewed motion.

DONE AND ORDERED in Chambers in Miami, Miami-Dade County, Florida this _____ day of _____, 2018.


                            _____
                            JOSE E MARTINEZ
                            UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record